IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>    v.<br><br>WELD COUNTY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-80114 MISC JSW<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

    Pursuant to the Order of the Court entered on January 21, 2003, in *Al-Zaghari*, 03-0005 MHP, requiring pre-filing review of any new cases that Plaintiff might file in this Court, the Court hereby denies permission to file the above captioned action. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: May 31, 2011

                                                                                                         JEFFREY S. WHITE<br>
                                                                                                       UNITED STATES DISTRICT JUDGE